NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANDREA BLACK, DC #T05014,          )
                                   )
            Appellant,             )
                                   )
v.                                 )
                                   )     Case No.  2D18-2686
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
                                   )
_____)

Opinion filed September 25, 2019.

Appeal from the Circuit Court for Pasco
County; Kimberly A. Campbell, Judge.

Howard L. Dimmig, II, Public Defender,
and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


SLEET, SALARIO, and BADALAMENTI, JJ., Concur.